**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **AML IP, LLC,** | ) | |
|     Plaintiff | ) | **Civil Action No. 6:21-cv-00599** |
| | ) | |
| **v.** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **ADORN BOUTIQUE, LLC** | ) | |
|     Defendant | ) | |

<u>**DEFENDANT ADORN BOUTIQUE, LLC'S ANSWER**</u>
<u>**AND AFFIRMATIVE DEFENSES**</u>

Defendant Adorn Boutique, LLC ("Adorn"), by and through its undersigned counsel, answers the Complaint of AML IP, LLC ("AML") as follows:

1.      Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 1 and, therefore, denies those allegations.

2.      Defendant admits that it is a Texas limited liability company with a principal place of business at 2127 Lohmans Crossing Road, Suite 301, Lakeway, Texas 78734-5283, but denies the remaining allegations of paragraph 2.

3.      Admitted.

4.      Defendant admits that this Court has jurisdiction over Defendant but denies the remaining allegations of paragraph 4.

5.      Defendant admits that venue is proper in the Western District of Texas but denies the remaining allegations of paragraph 5.

6.      Defendant admits that U.S. Patent No. 6,876,979 ("the '979 Patent")—titled "Electronic Commerce Bridge System"—was issued on April 5, 2005, by the United States Patent and Trademark Office and that Plaintiff is identified as the assignee but denies the remaining allegations of paragraph 6.

7.      Denied.

8.    Denied.

9.    Denied.

10.   Denied.

11.   Denied.

12.   Denied.

## I.       AFFIRMATIVE DEFENSES

Without any admission as to the burden of proof or as to any of the averments in the Complaint, Defendant sets forth the following separate defenses:

## II.       INVALIDITY

The claims of the '979 Patent are invalid for failure to satisfy the requirements of the United States patent laws embodied in 35 U.S.C. § 100, et seq., including one or more of the following: 35 U.S.C. §§ 102, 103, and 112.

## III.       DOCTRINE OF LACHES

Plaintiff is barred from relief under the doctrine of laches.

## IV.       DOCTRINE OF WAIVER

Plaintiff is barred from relief under the doctrine of waiver.

## V.       RESERVATION OF DEFENSES

Defendant reserves all affirmative defenses under Fed, R, Civ. P. 8(c), the patent laws of the United States, and any other defenses at law or in equity, that may now or in the future be available based on discovery or any other factual investigation concerning this case.

## DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38(b), Defendant demands a trial by jury for all issues so triable.

**PRAYER FOR RELIEF**

WHEREFORE, Defendant prays that this Court enter judgment as follows, ordering that:

(a)     The Complaint is dismissed with prejudice and each request for relief therein is denied;

(b)     Each and every claim of U.S. Patent No. 6,876,979 is declared invalid;

(c)     Defendant is declared not liable for directly, contributorily, or inducing infringement of any claim of U.S. Patent No. 6,876,979;

(d)     Plaintiff pay to Defendant the costs and reasonable attorney's fees incurred by Defendant in this action; and

(e)     Defendant be granted such other and further relief as this Court deems just and proper.

Dated: July 26, 2021                          Respectfully submitted,

*/s/ Mark D. Siegmund*
Mark D. Siegmund (Texas 24117055)
msiegmund@waltfairpllc.com
Alfonso G. Chan (Texas 24012408)
achan@shorechan.com
Alex Q. Jacobs (Texas 24124175)
ajacobs@shorechan.com

SHORE CHAN LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone (214) 593-9110
Facsimile (214) 593-9111

**COUNSEL FOR DEFENDANT
ADORN BOUTIQUE, LLC**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 26, 2021, a copy of the foregoing was served with the Clerk of the court via the Court's CM/ECF system per Local Rule CV5(b)(1) which will send notification of such filing to the following:

William P. Ramey
wramey@rameyfirm.com
5020 Montrose Boulevard, Suite 800
Houston, TX 77006

*/s/ Mark D. Siegmund*
Mark D. Siegmund